## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 8:26-cv-00565-DFM | Date: | May 5, 2026 |
|---|---|---|---|

| Title | Byron Holloway v. Experian Information Solutions, Inc. |
|---|---|

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Court Reporter |
| Deputy Clerk | Not Present |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

| Proceedings: | (IN CHAMBERS) Order to Show Cause |
|---|---|

On March 13, 2026, Plaintiff filed a lawsuit against Defendant Experian Information Solutions, Inc. See Dkt. 1. Plaintiff filed a Proof of Service on March 28. See Dkt. 7.

As it stands, Defendant has not filed an Answer or otherwise responded to Plaintiff's Complaint. However, it is Plaintiff's responsibility to move this case toward completion. Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** within twenty-one (21) days why this matter should not be dismissed for failure to prosecute. In lieu of a written response, Plaintiff may do one of the following: (1) seek entry of default judgment; (2) file a notice of voluntary dismissal under Fed. R. Civ. P. 41; or (3) cause by some means an Answer or other filing to be made by Defendant.